**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | |
|---|---|
| ALLEN JOHN DALE ANDERSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:25-cv-00060-ACL |
| | ) |
| CLAY STANTON, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon its own motion. Self-represented Petitioner Allen John Dale Anderson has initiated this action with an unsigned Petition. *See* ECF No. 1 at 13. Under Federal Rule of Civil Procedure 11, every written pleading or motion must be signed "by a party personally if the party is unrepresented" and the Court may strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention." Similarly, the Local Rules of this Court also require that all filings be signed by the party or the party's attorney. *See* E.D. Mo. L.R. 2.01(A)(1). As such, the Court will order the Clerk to return the Petition to Petitioner, so that he may sign it and return it to the Court for filing.

Furthermore, Petitioner has neither paid the filing fee nor filed a motion for leave to proceed *in forma pauperis*. "The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis." E.D. Mo. Local Rule 2.01(B)(1).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return Petitioner's unsigned Petition to him and Petitioner shall sign the Petition and return it to the Court, within **thirty (30) days** of the

date of this Order.

**IT IS FURTHER ORDERED** that Petitioner must either pay the $5.00 filing fee or submit a motion for leave to proceed *in forma pauperis*, within **thirty (30) days** of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to Petitioner a copy of the Court's form 'Motion to Proceed *in Forma Pauperis* and Affidavit in Support – Habeas Cases.'

**IT IS FINALLY ORDERED** that if Petitioner fails to comply with this Order, the Court will dismiss this action without further notice.

Dated this 2nd day of September, 2025.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE